IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moore, James | Case Number: 07 B 10777 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 2/5/08 | Filed: 6/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,529.00 | |
| Secured: | | 1,911.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,009.20 |
| Trustee Fee: | | 166.71 |
| Other Funds: | | 4,441.89 |
| Totals: | 7,529.00 | 7,529.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,009.20 | 1,009.20 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 14,976.82 | 1,911.20 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 22,231.60 | 0.00 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Wells Fargo Financial Bank | Unsecured | 589.16 | 0.00 |
| 8. | Wells Fargo Financial Bank | Unsecured | 401.29 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 480.46 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 57.19 | 0.00 |
| 11. | Bankcard Center | Unsecured | | No Claim Filed |
| 12. | First Savings Credit Card | Unsecured | | No Claim Filed |
| | | | $ 39,745.72 | $ 2,920.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 166.71 |
| | $ 166.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Moore, James

Printed:  2/5/08

Case Number:  07 B 10777
Judge:  Squires, John H
Filed:  6/15/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____